**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | |
|---|---|
| IHOR MALANCHUK, | : No. 31 EAL 2015 |
| | : |
| Petitioner | : Petition for Allowance of Appeal from the |
| | : Order of the Superior Court |
| | : |
| v. | : |
| | : |
| | : |
| ILYA SIVCHUK, ETC., | : |
| | : |
| Respondent | : |
| _____ | : |
| IHOR MALANCHUK, | : |
| | : |
| Petitioner | : |
| | : |
| | : |
| v. | : |
| | : |
| | : |
| ALEX TSIMURA, ETC. AND TATYANA | : |
| TSIMURA, ETC., | : |
| | : |
| Respondents | : |

## ORDER

**PER CURIAM**

     **AND NOW**, this 27th day of May, 2015, the Petition for Allowance of Appeal is
**GRANTED.** The issue, as stated by Petitioner, is:

     Did the Superior Court, *en banc*, err in quashing, as interlocutory, an appeal
from an order granting summary judgment as to all claims and all defendants
in one of two separate actions, consolidated under Pa.R.C.P. 213(a), where
there was not a complete consolidation and merger of the actions?